**WILLIAMS v. LEVINSON**

[357 N.C. 243 (2003)]

VALERIE MESCHTER WILLIAMS v. JANICE T. LEVINSON, DURHAM CHILD CARE COUNCIL, INC. (FORMERLY KNOWN AS DURHAM DAY CARE COUNCIL, INC.), AND CHILD CARE SERVICES ASSOCIATION

No. 88A03

(Filed 13 June 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 155 N.C. App. ——, 573 S.E.2d 590 (2002), affirming a judgment entered 26 February 2001 by Judge Evelyn W. Hill in Superior Court, Durham County. Heard in the Supreme Court 6 May 2003.

*Moore & Van Allen, PLLC, by Lewis A. Cheek, for plaintiff-appellant.*

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., by C. Ernest Simons, Jr. and Susan H. Hargrove, for defendant-appellees Durham Child Care Council, Inc. and Child Care Services Association.*

PER CURIAM.

AFFIRMED.